## IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
## DIVISION OF ST. THOMAS AND ST. JOHN

| | |
|---|---|
| **RUSSELL E. ROBINSON,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> v. ) <br> ) <br> **UNITED STATES OF AMERICA,** *et al.,* ) <br> ) <br> **Defendant.** ) | **Civil No. 3:22-cv-0021** |

## ORDER

**THIS MATTER** comes before the Court on Plaintiff's Motion Seeking Leave of Court to File Verified Complaint (ECF No. 17); Plaintiff's second Motion Seeking Leave of Court to File Verified Complaint (ECF No. 20); the Magistrate Judge's Report and Recommendation (ECF No. 22); and Plaintiff's Objections to the Magistrate Judge's Report & Recommendation of March 6, 2023 (ECF No. 23). After conducting a de novo review of the Magistrate Judge's Report and Recommendation, it is hereby

**ORDERED** that the Magistrate Judge's Report and Recommendation, ECF No. 22, is **APPROVED** and **ADOPTED** as an Order of this Court; it is further

**ORDERED** that the objections to the Report and Recommendation, ECF No. 23, are **OVERRULED;** it is further

**ORDERED** that Plaintiff's motions seeking to amend the complaint, ECF Nos. 17 and 20, are **DENIED.**

**Dated:** March 27, 2023         */s/ Robert A. Molloy*
                                                        **ROBERT A. MOLLOY**
                                                        **Chief Judge**